THE CITY OF NEW YORK, Plaintiff, v. THE CITY OF YONKERS, Defendant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

JAMES C. DAVIS, Director-General of Railroads, as Agent under Section 206 of the Transportation Act, Appellant, v. JAMES A. P. RAMSDELL and LEANDER BROWN, Copartners, etc., Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

FANNIE DUBOWSKY, Appellant, v. "JOHN" GOLDSMITH, etc., and Others, Respondents.— Motion for stay of examination before trial granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

WILLIAM A. HANSON, Appellant, v. HERMAN BRUENIG, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of BENJAMIN P. ALEXANDER, an Attorney.— Matter referred to Hon. Lester W. Clark, official referee, to take testimony and report, with his opinion, to this court. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK, etc., Egbert Avenue, Saw Mill Road and Manor Road, in the Second Ward of the Borough of Richmond, City of New York, as a Site for an Addition to the Sea View Hospital, etc.— Motion to confirm report of the referee granted. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of JOSEPH A. FIRPO, an Attorney.— Matter referred to Hon. Edward B. Thomas, official referee, to take testimony and report, with his opinion, to this court. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of HUGH A. McTERNAN, an Attorney.— Motion for reinstatement granted. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Application of MORGAN J. O'BRIEN and Others, as Executors, etc., for a Peremptory Writ of Mandamus, etc., Potter Avenue, Borough of Queens, City of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Application of MORGAN J. O'BRIEN and Others, as Executors, etc., for a Peremptory Writ of Mandamus, etc., Woolsey Avenue, Borough of Queens, City of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

WINIFRED V. LYNCH, Respondent, v. ALEXANDER H. FIGGE, Appellant.— Motion to resettle order and for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

THE MOUNT VERNON COMPANY, SILVERSMITHS, INC., Respondent, v. THE MOUNT VERNON METAL PRODUCTS COMPANY, INC., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.